UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA CIVIL LIBERTIES UNION FOUNDATION, INC., et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:20-cv-01094-JMS-TAB ) |
| SUPERINTENDENT, et al. | ) ) |
| Defendants. | ) |

**ORDER ON SEPTEMBER 30, 2020, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel September 30, 2020, for a telephonic status conference. Discussion was held regarding settlement and related matters. Based upon the parties' positions, this case does not appear likely to settle, but instead appears most likely to be resolved on cross summary judgment motions. Accordingly, the parties shall file staggered summary judgment motions and briefs, with Plaintiffs filing their motion first. The following schedule shall apply (or if Plaintiff files prior to the deadline, the same sequencing shall apply). Plaintiffs shall file their motion and brief by March 9, 2021. Defendants shall file their cross motion and response by April 8, 2021. Plaintiffs shall file their response and reply by May 10, 2021. Defendants shall file any reply by May 24, 2021.

Dated: 10/5/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

All ECF-registered counsel of record via email.