UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA CIVIL LIBERTIES UNION FOUNDATION, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SUPERINTENDENT, INDIANA STATE POLICE, *et al.*, <br><br> Defendants. | No. 1:20-cv-1094 JMS-TAB |

**Joint Motion to Vacate Summary Judgment Schedule Due to Potential Change in Indiana Law**

The parties, by counsel, say that:

1. This case concerns the constitutionality of Indiana Code § 35-45-17-2, concerning panhandling.

2. This law is currently preliminarily enjoined by this Court's Order of June 20, 2020. (Dkt. 37).

3. At the current time plaintiffs must file their motion for summary no later than March 9, 2021, with defendants to file their cross motion and response on April 8, 2021, and plaintiffs' response and reply due by May 10, 2021, and defendants' reply due by May 24, 2021. (Dkt. 46).

[1]

4. The Indiana General Assembly is now considering passage of House Bill 1095. The House Bill, if passed into law in its present form, would repeal the current Indiana Code §35-45-17-1, *et seq.*, including the statute challenged in this case.

5. The General Assembly is scheduled to finish its 2021 session no later than April 29, 2021.

6 The parties have discussed this matter and agree that due to the potential for the repeal of the statute challenged in this case that it would be appropriate to vacate the current summary judgment schedule and instead they propose that they be ordered to file a status report, with a new summary judgment schedule if necessary, no later than May 6, 2021.

WHEREFORE, the parties request that the summary judgment schedule be vacated and that the parties be ordered to file a status report as proposed above, and for all other proper relief.

| | |
|---|---|
| Kenneth J. Falk | s/ *Andrea E. Rahman* ( w/permission) |
| ACLU of Indiana | Andrea E. Rahman |
| 1031 E. Washington St. | Deputy Attorney General |
| Indianapolis, IN 46202 | IGCS-5th Floor |
| 317/635-4059 | 302 W. Washington St. |
| fax: 317/635-4105 | Indianapolis, IN 46204 |
| kfalk@aclu-in.org | 317/232-6332 |

[2]

| | |
|---|---|
| Attorney for Plaintiffs and the Certified Class | fax: 317/232-7979<br>Andrea.Rahman@atg.in.gov<br><br>Attorney for the Superintendent of the Indiana State Police and the Marion County Prosecutor |

[3]