UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA CIVIL LIBERTIES UNION FOUNDATION, INC., INDIANA CIVIL LIBERTIES UNION, INC. d/b/a AMERICAN CIVIL LIBERTIES UNION OF INDIANA, JANE HENEGAR, KATHRYN BLAIR, NEIL HUDELSON, <br><br>                    Plaintiffs, <br><br>         v. <br><br> SUPERINTENDENT, MAYOR OF INDIANAPOLIS, MARION COUNTY PROSECUTOR, <br><br>                    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   No. 1:20-cv-01094-JMS-MG |

**ENTRY SETTING TELEPHONIC STATUS CONFERENCE**

The above cause is set for a telephonic status conference on **May 6, 2021 at 3:30 p.m.**

Call-in information for the telephonic status conference will be provided by separate entry.

Date: 4/28/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Jefferson S. Garn
INDIANA ATTORNEY GENERAL
Jefferson.Garn@atg.in.gov

Anne Celeste Harrigan
OFFICE OF CORPORATION COUNSEL
anne.harrigan@indy.gov

Lauren Ashley Lattea
INDIANA ATTORNEY GENERAL
lauren.lattea@atg.in.gov

Stevie Pactor
ACLU OF INDIANA
spactor@aclu-in.org

Andrea Elizabeth Rahman
OFFICE OF THE INDIANA ATTORNEY GENERAL
andrea.rahman@atg.in.gov

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org

Andrew J. Upchurch
OFFICE OF CORPORATION COUNSEL
andrew.upchurch@indy.gov