UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA CIVIL LIBERTIES UNION FOUNDATION, INC., INDIANA CIVIL LIBERTIES UNION, INC., and JANE HENEGAR, KATHRYN BLAIR, and NEIL HUDELSON, *on their own behalf and on behalf of a class and subclass of those similarly situated*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SUPERINTENDENT, INDIANA STATE POLICE, MAYOR OF INDIANAPOLIS, and MARION COUNTY PROSECUTOR, *in their official capacities*, <br><br> *Defendants*. | No. 1:20-cv-01094-JMS-TAB |

## MINUTE ENTRY

On May 6, 2021, the Court held a telephonic status conference. Plaintiffs the Indiana Civil Liberties Union Foundation, Inc., the Indiana Civil Liberties Union, Inc., Jane Henegar, Kathryn Blair, Neil Hudelson, and the class and subclass were present by counsel Kenneth Falk and Stevie Pactor. Defendants the Superintendent, Indiana State Police, and the Marion County Prosecutor were present by counsel Andrea Rahman. Defendant the Mayor of Indianapolis was present by counsel Andrew Upchurch. The Court Reporter was Jean Knepley.

The parties provided the Court with an update regarding the status of the case, which the Court accepted as satisfying the parties' obligation to file a status report by May 6, 2021. [*See* Filing No. 49.] Specifically, the parties advised that the Indiana Legislature has repealed the statute at issue in this case, Indiana Code § 35-45-17-1. Due to the repeal, the Court found, and the parties agreed, that this case has become moot. Because the case is now moot, the Court **DECERTIFIES** the class previously certified in this case. [*See* Filing No. 36.] The Court further **ORDERS** the parties to file any further docu-

1

ments necessary to bring this matter to a conclusion by **May 13, 2021.**

The Court confirmed that there were no further matters to discuss, and the telephonic status conference concluded.

Date: 5/6/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**