UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA CIVIL LIBERTIES UNION FOUNDATION, INC., *et al.*, | |
| Plaintiffs, | |
| v. | No. 1:20-cv-1094 JMS-MG |
| SUPERINTENDENT, INDIANA STATE POLICE, *et al.*, | |
| Defendants. | |

### Dismissal of Case as Moot and Final Judgment

The parties have filed their Stipulation to Dismiss Case Without Prejudice Due to Mootness and Stipulation to Extend Time for Plaintiffs to Seek Attorneys' Fees and Costs, and the Court having reviewed the matter and being duly advised finds that good cause exist to enter Final Judgment and the following orders.

IT IS ORDERED that this case is dismissed, without prejudice, due to mootness and FINAL JUDGMENT is entered consistent with this Order [54].

IT IS FURTHER ORDERED that the time within which plaintiffs are to submit any motion for attorneys' fees or costs pursuant to 42 U.S.C. § 1988 is extended to 45 days from the date of this order.

Date: 5/7/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

To:    All ECF-registered counsel of record