UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| INDIANA CIVIL LIBERTIES UNION FOUNDATION, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 1:20-cv-1094 JMS-MG |
| SUPERINTENDENT, INDIANA STATE POLICE, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

**Unopposed Motion for Extension of Time to File Motion for Attorneys' Fees and Costs**

Plaintiffs, by their counsel, say that:

1. On May 7, 2021, this Court entered its Dismissal of Case as Moot and Final Judgment that provided, among other things, that plaintiff had 45 days from that date, or until June 21, 2021, to submit their motion for attorneys' fees and costs pursuant to 42 U.S.C. § 1988. (Dkt. 55).

2. Plaintiffs have submitted a proposal concerning their attorneys' fees and costs to counsel for the State defendants who are still considering the proposal.

3. Plaintiffs request an additional 30 days to submit their motion for attorneys' fees and costs so that the parties can determine if this matter can be fully resolved without further intervention by the Court.

[1]

[2]

4. Undersigned counsel has consulted with Deputy Attorney General Lauren A. Lattea, one of the attorneys for the State defendants who has no objection to this extension of time.

WHEREFORE, plaintiffs request that the time within which they must submit their motion for attorneys' fees and costs be extended an additional 30 days to, and including, July 21, 2021, and for all other proper relief.

Kenneth J. Falk
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org

Attorney for Plaintiff