UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

INDIANA CIVIL LIBERTIES UNION )
FOUNDATION, INC., *et al.*, )
)
Plaintiffs, )
)
v. )          No. 1:20-cv-1094 JMS-MGG
)
SUPERINTENDENT, INDIANA STATE )
POLICE, *et al.*, )
)
Defendants. )

**Notice Concerning Resolution of Plaintiffs' Claim for Attorneys' Fees and Costs**

Plaintiffs, by counsel, say that:

1.     The Court entered final judgment in this case on May 7, 2021. (Dkt. 55).

2.     The case has remained open so the parties could resolve plaintiffs' claim for attorneys' fees and costs.

3.     The parties have fully settled plaintiffs' claim for attorneys' fees and costs.

4.     The matter can now be closed.

WHEREFORE, plaintiffs file this Notice.

Kenneth J. Falk
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202

[1]

317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org

Attorney for Plaintiffs